UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                     Plaintiff,

          -against-                                        1:24-CV-3508 (LTS)

O.C.J. IN OFFICERS THAT WORKS FOR               ORDER OF DISMISSAL
O.C.J. IN WELLPATH HEALTH SERVICES
OF O.C.J., et al.,

                     Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 8, 2024, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") and a prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. While the court received IFP applications from Plaintiff on May 10, 2024 (ECF 7), and on May 28, 2024 (ECF 4), Plaintiff has not filed a prisoner authorization or paid the fees to bring this action. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action and to terminate all pending matters in this action. (ECF 4 & 7.)

SO ORDERED.

Dated:   July 11, 2024
         New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　Chief United States District Judge

2