UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

       -against-

O.C.J. IN OFFICERS THAT WORKS FOR
O.C.J. IN WELLPATH HEALTH SERVICES
OF O.C.J., et al.,

              Defendants.

24cv3508 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 16, 2024
         New York, New York

                           /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
            Chief United States District Judge